**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-14059-CR-MIDDLEBROOKS**

UNITED STATES OF AMERICA,

                      **Plaintiff,**

v.

MATTHEW VAUGHN HAWKS,

                      **Defendant.**

                               /

## GOVERNMENT'S PROFFER OF FACTUAL BASIS FOR PLEA OF GUILTY

The United States of America offers the following proffer of a factual basis for the defendant's plea of guilty to Counts I through III, and Count VI of the indictment. Counts I through III of the indictment charge the defendant with knowingly employing, using, persuading, inducing, enticing, or coercing an actual minor to produce a visual depiction of that minor engaging in sexually explicit conduct, using materials that had been mailed, shipped, or transported in interstate or foreign commerce, in violation of Title 18, United States Code, § 2251(a). Count VI of the indictment alleges that the defendant knowingly possessed visual depictions of minors engaging in sexually explicit conduct, in violation of Title 18, United States Code § 2252(a)(4).

### I. Elements of the Offense

#### A. Counts I-V: Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, 18 U.S.C. 2251(a)

It is a Federal crime for any person to employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct, if the visual depiction was produced using materials that have been mailed, shipped, or

transported in interstate or foreign commerce by any means, including by computer. The government must prove the following elements beyond a reasonable doubt before the defendant can be found guilty of this crime:

(1) an actual minor, that is, a real person who was less than 18 years old, was depicted;

(2) the Defendant employed, used, persuaded, induced, enticed, coerced, the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct; and

(3) the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

The terms used in the statute are defined in 18 U.S.C. § 2256. The term "interstate or foreign commerce" means the movement of a person or property from one state to another state or from one state to another country. The term "State" includes a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States. It is not necessary for the Government to prove that the Defendant knew that the materials used to produce the visual depiction had moved in interstate or foreign commerce. The term "minor" means any person who is less than 18 years old. "Producing" means producing, directing, manufacturing, issuing, publishing, or advertising. The term "computer" means an electronic, magnetic, optical, electrochemical, or other high-speed data-processing device performing logical, arithmetic, or storage functions, and includes any data-storage facility or communications facility directly related to or operating in conjunction with that device, but the term does not include an automated typewriter or typesetter, a portable hand-held calculator, or similar devices that are limited in function to only word-processing or mathematical calculations.

A "visual depiction" includes undeveloped film and videotape, and data stored on a computer

disk or by any other electronic means that can be converted into a visual image. "Sexually explicit conduct" means actual or simulated:

- sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

- bestiality;

- masturbation;

- sadistic or masochistic abuse; or

- lascivious exhibition of the genitals or pubic area of any person.

"Lascivious exhibition" means indecent exposure of the genitals or pubic area, usually to incite lust. Not every exposure is a lascivious exhibition. In deciding whether a visual depiction is a lascivious exhibition, the Eleventh Circuit's pattern jury instruction for this offense tells the jury they must consider the context and setting in which the genitalia or pubic area is being displayed. Factors to consider include:

- the overall content of the material;

- whether the focal point of the visual depiction is on the minor's genitalia or pubic area;

- whether the setting of the depiction appears to be sexually inviting or suggestive – for example, in a location or in a pose associated with sexual activity;

- whether the minor appears to be displayed in an unnatural pose or in inappropriate attire;

- whether the minor is partially clothed or nude;

- whether the depiction appears to convey sexual coyness or an apparent willingness to engage in sexual activity; and

3

- whether the depiction appears to have been designed to elicit a sexual response in the viewer.

Neither knowledge of the age of the minor nor knowledge of the interstate nexus is a required element of the crime. *United States v. Deverso*, 518 F.3d 1250, 1257 (11th Cir. 2008); *United States v. Smith*, 459 U.S. 1276, 1289 (11th Cir. 2006).

### B. Count VI: Possession of Visual Depictions of Minors Engaging
### in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(4)

In order for the defendant to be found guilty of this charge, the government must prove each of the following elements beyond a reasonable doubt:

(1) the defendant knowingly possessed material which the defendant knew contained visual depiction of a minors engaged in sexually explicit conduct;

(2) the defendant knew the visual depiction contained in the material showed a minor engaged in sexually explicit conduct;

(3) the defendant knew that production of such a visual depiction involved use of a minor in sexually explicit conduct; and

(4) that each visual depiction had been either a) shipped or transported in interstate or foreign commerce, or b) produced using material that had been shipped or transported in interstate or foreign commerce by a computer.

Possession can be demonstrated by proof of either actual possession or constructive possession. *United States v. Glover,* 431 F.3d 744, 748 (11 Cir. 2005). In the context of knowing possession of computer images containing child pornography, the courts have identified at least four factors to determine knowing possession. *See e.g. United States v. Miller*, 527 F.3d 54, 67

4

(3rd Cir. 2008) They are: (1) whether images were found on the defendant's computer; (2) the number of images of child pornography that were found; (3) whether the content of the images was evident from their file names; and (4) defendant's knowledge of and ability to access the storage area for the images. *Id.*

## II. Factual Basis

### A. Count I

On November 9, 2015, the mother of Minor Victim 1 reported to the Anoka County Sheriff's Office in Minnesota that her 13 year old daughter had been using a cellular telephone to send sexually explicit photographs of herself to a person with whom she had been communicating. Det. James Schilling interviewed Minor Victim 1 and learned that she met "Matthew Sample" on Chatous.[1] He told her he was 15 years old and living in Orlando, Florida. Minor Victim 1 communicated with him on Chatous and Kik[2], and spoke to him over the phone. The phone number he used to speak to her was 772-783-5087. She reported that she communicated with Matthew for about five days. During that time, she sent him numerous photographs of herself using Kik Messenger. The photographs included nude images of herself and images of her engaging in sexual acts. She said that she sent the photographs to Matthew because he asked her to do so.

---

[1] Chatous is a social media application available for smartphones that allows users to chat using text and video. www.chatous.com.
[2] Kik is a Canadian corporation with its principal place of business in Ontario, Canada. Kik's product, Kik Messenger, allows users to send and receive text, picture, audio, and video messages over an internet connection rather than through their phone carrier's network. Intercarrier Commc'ns, LLC v. Kik Interactive, Inc., No. 3:12-CV-771-JAG, 2013 WL 4061259, at *1 (E.D. Va. Aug. 9, 2013).

Det. Schilling performed a forensic analysis of Minor Victim 1's cellular telephone on November 10, 2015. The phone's call logs showed that there were 15 incoming calls between November 6 and November 10, 2015, between her phone and 772-783-5087. The KIK Messenger chat files revealed that Matthew communicated with Minor Victim 1 using two different user names – Lindon679 and Lindon582. Det. Schilling reported finding the following communications between Minor Victim 1 and Matthew:

1. 11/07/2015 at 0828 hours

   Matthew: put the camera down babe so I can see you undress babe

   Minor Victim 1: So I put the phone on the floor

2. 11/08/2015 at 0843 hours

   Matthew: Can you finger yourself babe

3. 11/08/2015 at 0849 hours

   Matthew: Yes babe good job ok do bra and underware pic babe

4. 11/09/2015 at 0126 hours

   Matthew: grab your swimsuit babe

5. 11/09/2015 at 0137 hours

   Matthew: Ok do swimsuit first babe

6. 11/09/2015 at 0142 hours

   Matthew: Just do one naked now babe

7. 11/09/2015 at 0148 hours

Matthew: The next one ass babe spread your legs and the otherone (sic) standing up

with pussy and tits

8. 11/09/2015 at 0335 hours

Matthew: Yes I know babe we are going to have sex on text ok

Det. Schilling's forensic review of Minor Victim 1's phone revealed a total of 18 images

that she sent to Matthew through the KIK Messenger application. The date and time stamps of

these photographs matched the dates and times of the recovered chat messages. These images

included multiple visual depictions of her exposed breasts, buttocks, and vagina. Minor Victim 1's

face is visible in some of the images.

Anoka County Sheriff's office Det. Patterson researched the phone number which

Matthew provided to Minor Victim 1 and learned that the number was associated with the

Facebook account of Matthew Hawks. Hawks' Facebook page contained his photograph:



Det. Schilling contacted Indian River County Sheriff's Office Det. Jeremy Shepherd. Det. Shepherd agreed to continue the investigation since Hawks apparently lived in Vero Beach, Florida.   Shepherd learned that Hawks was on felony probation in Indian River County for making false bomb threats to a local school. His felony probation officer, Nancy Johanssen, told Det. Shepherd that Hawks provided her with a cell phone number of 772-783-5087 on August 4, 2015. Ms. Johanssen also told him that Hawks was prohibited as a condition of his probation from accessing the internet.

On February 4, 2016, Homeland Security Investigations Special Agent Brian Ray and Det. Shepherd executed a federal search warrant on Hawk's residence. They seized as evidence Hawks' cellular phone. Hawks admitted to the officers that he once used the phone number of 772-783-5087, but that he had recently changed his phone number to 561-294-0261. Hawks thereafter admitted to using his phone to communicate with minor females and receiving nude pictures from five or six of them. He said he believed their ages ranged from 13 to 18 years old. He also admitted that he used a fake name and age when communicating with these females because he knew if he used his real age they would not likely talk to him. He explained that he used different user names when using KIK Messenger in order to avoid law enforcement agents posing as children online.

### B. Count II

Indian River County Sheriff's Office Det. Mike Scott performed a forensic analysis of Hawks's cellular telephone and located KIK Messenger chats associated with eight (8)

photographs of Minor Victim 2 engaged in sexually explicit conduct. The chat messages show that

Hawks directed Minor Victim 2 to take explicit photographs of herself and send those to him:

| | | Timestamp: 1/22/2016 9:20:01 PM Delivered: 1/22/2016 9:20:01 PM | Body: Do I have to send pic for this relationship to work |
|---|---|---|---|
| bulls589 • • • John Smith • • • | | Timestamp: 1/22/2016 9:20:34 PM Delivered: 1/22/2016 9:20:34 PM | Body: Please don't fight me it's going to work ok just do it ok |
| | | Timestamp: 1/22/2016 9:20:58 PM Delivered: 1/22/2016 9:20:58 PM | Body: I don't want to send nudes anymore |
| bulls589 • • • John Smith • • • | | Timestamp: 1/22/2016 9:21:53 PM Delivered: 1/22/2016 9:21:53 PM | Body: I will tell you what you do a couple more and I will just ask you to do selfies that's it from now on I am trying to work with you |
| | | Timestamp: 1/22/2016 9:22:20 PM Delivered: 1/22/2016 9:22:21 | Body: I don't want to |

9

| bulls589 · · · John Smith · · · | | **Timestamp:** 1/22/2016 9:22:32 PM **Delivered:** 1/22/2016 9:22:32 PM | **Body:** Ok sorry to hear that bye |
|---|---|---|---|
| ████ | | **Timestamp:** 1/22/2016 9:22:43 PM **Delivered:** 1/22/2016 9:22:43 PM | **Body:** Whay |
| ████ | | **Timestamp:** 1/22/2016 9:22:46 PM **Delivered:** 1/22/2016 9:22:46 PM | **Body:** What |
| bulls589 · · · John Smith · · · | | **Timestamp:** 1/22/2016 9:23:44 PM **Delivered:** 1/22/2016 9:23:44 PM | **Body:** I am going I tried to work with you but I guess you won't so I will just leave I really love you ok but I should be able to see my girlfriend when I want too it's not like it's everyday that I want those |
| ████ | | **Timestamp:** 1/22/2016 9:24:13 | **Body:** I'm sorry please don't leave me please |

| bulls589 · · · John Smith · · · | | **Timestamp:** 1/22/2016 9:26:50 PM **Delivered:** 1/22/2016 9:26:50 PM | **Body:** I would do anything for you and I said I was will to work with you just for today you would do that for me and after that it will just be selfies I promise |
|---|---|---|---|
| ████ | | **Timestamp:** 1/22/2016 9:27:17 PM **Delivered:** 1/22/2016 9:27:17 PM | **Body:** This the last I have to send nudes? |
| bulls589 · · · John Smith · · · | | **Timestamp:** 1/22/2016 9:27:39 PM **Delivered:** 1/22/2016 9:27:39 PM | **Body:** Yes baby just today that's it |

10

| | | Timestamp: | Body: |
|---|---|---|---|
| bulls589<br>- - -<br>John Smith<br>- - - | | 1/22/2016 9:29:00 PM<br>Delivered:<br>1/22/2016 9:29:00 PM | Ok this what I want first ok bra and panties just like that one above baby |
| ■ | | Timestamp:<br>1/22/2016 9:29:22 PM<br>Delivered:<br>1/22/2016 9:29:23 PM | Body:<br>Owkay what next |
| bulls589<br>- - -<br>John Smith<br>- - - | | Timestamp:<br>1/22/2016 9:29:32 PM<br>Delivered:<br>1/22/2016 9:29:32 PM | Body:<br>I will tell you after ok |

Minor Victim 2 complied with Hawks's request and sent him a photograph of her wearing bra and panties. Hawks then directed her further:

| bulls589<br><br>• • •<br><br>John Smith<br><br>• • • | | **Timestamp:**<br>1/22/2016 9:32:01<br>PM<br>**Delivered:**<br>1/22/2016 9:32:01<br>PM | **Body:**<br>Ok turn about baby and get your butt |
|---|---|---|---|
| ███████ | | **Timestamp:**<br>1/22/2016 9:32:12<br>PM<br>**Delivered:**<br>1/22/2016 9:32:12<br>PM | **Body:**<br>Owkay |

| bulls589<br><br>• • •<br><br>John Smith<br><br>• • • | | **Timestamp:**<br>1/22/2016 9:33:37<br>PM<br>**Delivered:**<br>1/22/2016 9:33:37<br>PM | **Body:**<br>Ok take off your bra |
|---|---|---|---|

| bulls589<br><br>• • •<br><br>John Smith<br><br>• • • | | **Timestamp:**<br>1/22/2016 9:35:23<br>PM<br>**Delivered:**<br>1/22/2016 9:35:23<br>PM | **Body:**<br>Ok take your panties off |
|---|---|---|---|

| bulls589<br><br>• • •<br><br>John Smith<br><br>• • • | | **Timestamp:**<br>1/22/2016 9:36:03<br>PM<br>**Delivered:**<br>1/22/2016 9:36:03<br>PM | **Body:**<br>Pussy and tits |
|---|---|---|---|

| bulls589 *** John Smith *** | | Timestamp: 1/22/2016 9:37:07 PM Delivered: 1/22/2016 9:37:07 PM | Body: Go on the floor and spread legs with tits |
|---|---|---|---|
| bulls589 *** John Smith *** | | Timestamp: 1/22/2016 9:40:40 PM Delivered: 1/22/2016 9:40:40 PM | Body: Ok from your back area spread your legs so I can see your pussy |
| bulls589 *** John Smith *** | | Timestamp: 1/22/2016 9:43:20 PM Delivered: 1/22/2016 9:43:20 PM | Body: One more and that's standing and spread your legs and tits last one |

Minor Victim 2 complied with each of Hawks's requests for explicit photographs, which contain visual depictions of the minor victim's genitals. The following day Hawks requested additional nude photographs from the victim. When she refused, he told her that he would post the photographs she sent him the previous day on the internet. She did not send any additional photographs on January 23. On January 24, however, Hawks directed her to shave her pubic hair and send him photographs of it:

| bulls589 *** John Smith *** | | Timestamp: 1/24/2016 1:59:09 AM Delivered: 1/24/2016 1:59:09 AM | Body: I want you to shave the pussy |
|---|---|---|---|

13

| bulls589<br>· · ·<br>John Smith<br>· · · | | Timestamp:<br>1/24/2016 2:25:15<br>AM<br>Delivered:<br>1/24/2016 2:25:15<br>AM | Body:<br>Boobs and pussy full body |
|---|---|---|---|

Minor Victim 2 complied with these requests and sent Hawks three photographs showing her shaved genitals. Minor Victim 2 was a 13 year old female living in Plymouth, Massachusetts. On June 2, 2016, the victim was interviewed by a forensic child interviewer at the Plymouth Police Department. The victim told the interviewer that she communicated on-line with a person she believed to be John Smith from Florida. He told her he was 13, 14, or 15 years old. His KIK user name was bulls589. She confirmed the chat messages obtained from Hawks's phone were her conversations with him, and that she sent him nude photographs of herself. All of the photographs were sent at his request.

### C. Count III

Det. Scott's forensic analysis of Hawks's cellular telephone found KIK Messenger chats associated with two (2) photographs of Minor Victim 3 engaged in sexually explicit conduct:

| bulls589<br>· · ·<br>John Smith<br>· · · | | Timestamp:<br>1/13/2016 10:40:00<br>PM<br>Delivered:<br>1/13/2016 10:40:00<br>PM | Body:<br>I have 3 conditions ok and they are take pics when I ask you too and your there for me when I need you and we talk on the phone |
|---|---|---|---|
| | | Timestamp:<br>1/13/2016 10:40:15<br>PM<br>Delivered:<br>1/13/2016 10:40:15<br>PM | Body:<br>Ok |

14

| | | Timestamp: | Body: |
|---|---|---|---|
| bulls89<br>• • •<br>John Smith<br>• • • | | 1/14/2016 1:07:27<br>AM<br>**Delivered:**<br>1/14/2016 1:07:27<br>AM | Baby do it standing up ok |
|  | | **Timestamp:**<br>1/14/2016 1:07:40<br>AM<br>**Delivered:**<br>1/14/2016 1:07:40<br>AM | **Body:**<br>I did |
| bulls89<br>• • •<br>John Smith<br>• • • | | **Timestamp:**<br>1/14/2016 1:07:55<br>AM<br>**Delivered:**<br>1/14/2016 1:07:55<br>AM | **Body:**<br>With your Bottom to ok |
| bulls89<br>• • •<br>John Smith<br>• • • | | **Timestamp:**<br>1/14/2016 1:09:01<br>AM<br>**Delivered:**<br>1/14/2016 1:09:01<br>AM | **Body:**<br>Do it front ways now ok |
|  | | **Timestamp:**<br>1/14/2016 1:09:26<br>AM<br>**Delivered:**<br>1/14/2016 1:09:29<br>AM | **Body:**<br>I can't I tried |
| bulls89<br>• • •<br>John Smith<br>• • • | | **Timestamp:**<br>1/14/2016 1:09:36<br>AM<br>**Delivered:**<br>1/14/2016 1:09:36<br>AM | **Body:**<br>Please baby |
| bulls89<br>• • •<br>John Smith<br>• • • | | **Timestamp:**<br>1/14/2016 1:09:52<br>AM<br>**Delivered:**<br>1/14/2016 1:09:52<br>AM | **Body:**<br>I will show you my dick |
|  | | **Timestamp:**<br>1/14/2016 1:10:07 | **Body:**<br>Ok |

| bulls589 | | Timestamp: | Body: |
|---|---|---|---|
| • • • | | 1/14/2016 1:15:05 | Just do one more take your shirt of and lt |
| John Smith | | AM | |
| • • • | | Delivered: | |
| | | 1/14/2016 1:15:05 | |
| | | AM | |

After each of his requests, Minor Victim 3 sent Hawks the visual depictions he requested. Two of the images depicted her genitals. Hawks also sent her a photograph of his erect penis. Det. Shepherd reported that he found the blanket visible in the photograph in Hawks' bedroom at his residence. In later conversations, Hawks told Minor Victim 3 that he wanted her to perform nude on Skype for him. When she refused his request, he told her he was going to post the photographs she had sent him on the internet. She ceased communicating with him after that threat.

Minor Victim 3 was a 13 year old female living in Michigan. A child forensic interviewer spoke with her on May 16, 2016. During the interview she said that he met bulls589, known to her as John Smith, on Chatous. Their conversations then moved to KIK Messenger. He told her that he was the same age as her – 13. She said that she told him she was 13 years old. She confirmed that he pressured her to send nude pictures of herself and threatened to post her pictures when she refused to pose nude for him on Skype.

### D. Count IV

Det. Scott's forensic analysis of Hawks's cellular telephone found KIK Messenger chats associated with two (2) photographs of Minor Victim 4 engaged in sexually explicit conduct:

| | | | |
|---|---|---|---|
| bulls589<br><br>• • •<br><br>John Smith<br><br>• • • | | **Timestamp:**<br>1/15/2016 3:43:44<br>AM<br>**Delivered:**<br>1/15/2016 3:43:44<br>AM | **Body:**<br>Ok take a pic |
| ████ | | **Timestamp:**<br>1/15/2016 3:44:0?<br>AM<br>**Delivered:**<br>1/15/2016 3:44:02<br>AM | **Body:**<br>Of my boobs? |
| bulls589<br><br>• • •<br><br>John Smith<br><br>• • • | | **Timestamp:**<br>1/15/2016 3:44:09<br>AM<br>**Delivered:**<br>1/15/2016 3:44:09<br>AM | **Body:**<br>Not yet ok |
| ████ | | **Timestamp:**<br>1/15/2016 3:47:59<br>AM<br>**Delivered:**<br>1/15/2016 3:48:02<br>AM | **Body:**<br>Wait tell me why ur making me do this |
| bulls589<br><br>• • •<br><br>John Smith<br><br>• • • | | **Timestamp:**<br>1/15/2016 3:48:23<br>AM<br>**Delivered:**<br>1/15/2016 3:48:23<br>AM | **Body:**<br>Because I like you and and I want you |
| ████ | | **Timestamp:**<br>1/15/2016 3:48:46<br>AM<br>**Delivered:**<br>1/15/2016 3:48:49<br>AM | **Body:**<br>Oh ok |
| bulls589<br><br>• • •<br><br>John Smith<br><br>• • • | | **Timestamp:**<br>1/15/2016 3:51:54<br>AM<br>**Delivered:**<br>1/15/2016 3:51:54<br>AM | **Body:**<br>Ok tank your tanktop off baby |



| | | Timestamp:<br>1/15/2016 3:56:58 AM<br>Delivered:<br>1/15/2016 3:57:01 AM | Body:<br>Ok no more |
| bulls589<br>• • •<br>John Smith<br>• • • | | Timestamp:<br>1/15/2016 3:57:21 AM<br>Delivered:<br>1/15/2016 3:57:21 AM | Body:<br>Yes there's a few more |
| | | Timestamp:<br>1/15/2016 3:57:31 AM<br>Delivered:<br>1/15/2016 3:57:34 AM | Body:<br>How many |
| bulls589<br>• • •<br>John Smith<br>• • • | | Timestamp:<br>1/15/2016 3:57:48 AM<br>Delivered:<br>1/15/2016 3:57:48 AM | Body:<br>3 or 4 then we will be done |
| bulls589<br>• • •<br>John Smith<br>• • • | | Timestamp:<br>1/15/2016 3:58:14 AM<br>Delivered: | Body:<br>Take your pants off |
| bulls589<br>• • •<br>John Smith<br>• • • | | Timestamp:<br>1/15/2016 3:58:54 AM<br>Delivered:<br>1/15/2016 3:58:54 AM | Body:<br>Ok do a bra and underwear pic |
| | | Timestamp:<br>1/15/2016 3:59:24 AM<br>Delivered:<br>1/15/2016 3:59:27 AM | Body:<br>Ok can we skip that one |
| bulls589<br>• • •<br>John Smith<br>• • • | | Timestamp:<br>1/15/2016 3:59:33 AM<br>Delivered:<br>1/15/2016 3:59:33 AM | Body:<br>No |

18

| | | Timestamp:<br>1/15/2016 4:02:08 AM<br>Delivered:<br>1/15/2016 4:02:11 AM | Body:<br>Plz can we skip I really don't like doing those kinds of pics |
|---|---|---|---|
| bulls589<br>- - -<br>John Smith<br>- - - | | Timestamp:<br>1/15/2016 4:02:20 AM<br>Delivered:<br>1/15/2016 4:02:20 AM | Body:<br>Standing up do it please |
| | | Timestamp:<br>1/15/2016 4:02:51 AM<br>Delivered:<br>1/15/2016 4:02:53 AM | Body:<br>Do u like that pic at all |
| bulls589<br>- - -<br>John Smith<br>- - - | | Timestamp:<br>1/15/2016 4:03:11 AM<br>Delivered:<br>1/15/2016 4:03:11 AM | Body:<br>Yes but just stand up and do bra and underwear |
| bulls589<br>- - -<br>John Smith<br>- - - | | Timestamp:<br>1/15/2016 4:03:23 AM<br>Delivered: | Body:<br>You could of had them done already |

| | | Timestamp:<br>1/15/2016 4:24:33 AM<br>Delivered:<br>1/15/2016 4:24:33 AM | Body:<br>Ok lay down on the floor and take one. And spread your legs baby |
|---|---|---|---|
| bulls589<br>- - -<br>John Smith<br>- - - | | Timestamp:<br>1/15/2016 4:24:51 AM<br>Delivered:<br>1/15/2016 4:24:51 AM | Body:<br>With your bra off |

19

| bulls589 · · · John Smith · · · | | Timestamp: 1/15/2016 4:26:32 AM Delivered: 1/15/2016 4:26:32 AM | Body: We are going to make love first after then you will go to bed ok last pic is show your pussy better |
|---|---|---|---|
| | | Timestamp: 1/15/2016 4:27:12 AM Delivered: 1/15/2016 4:27:15 AM | Body: Ok |

The victim complied with Hawks's requests and sent photographs to him pursuant to his directions. Two of the images depict the victim's vagina. The victim was identified as a minor female living in Minnesota.

### E. Count V

Det. Scott's forensic analysis of Hawks's cellular telephone found KIK Messenger chats associated with two (2) photographs of Minor Victim 5 engaged in sexually explicit conduct:

| bulls589 · · · John Smith · · · | | Timestamp: 1/4/2016 5:16:27 AM Delivered: 1/4/2016 5:16:27 AM | Body: Can you stand up and show me your boobs baby |
|---|---|---|---|

| bulls589 · · · John Smith · · · | | Timestamp: 1/4/2016 5:21:47 AM Delivered: 1/4/2016 5:21:47 AM | Body: I want a pussy one too baby then last one |

This victim complied with his requests and provided several visual depictions of her exposed breasts and two images of her vagina. Hawks also sent her a photograph of his exposed penis. Det. Shepherd recognized the background in the photograph as the defendant's bedroom in his residence. When she declined to provide her phone number to Hawks so that he could call her, he threatened to post the photographs on the internet. Minor Victim 5 was identified as a 15 year old female living in Texas. She was interviewed by a child forensic specialist on June 9, 2016. She confirmed the chat messages recovered from Hawks's phone were chats between her and username bulls589. She said that she never knew his real name.

**F. Count VI**

Government agents seized the defendant's cellular phone on April 16, 2016. A forensic review of that phone revealed the existence of 14 images of children engaged in sexually explicit conduct. These fourteen images are the same images described in the factual basis for counts one through five of the indictment. During an interview with agents on April 16, Hawks admitted using this cellular phone to communicate with minor females and obtain sexually explicit images from them using the internet. Each of the minor females depicted in the fourteen photographs produced and transmitted the photographs to the defendant from outside of the State of Florida. The defendant was in the Southern District of the State of Florida at all times that he received these photographs.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 3/9/2017          By: _____
                        RYAN L. BUTLER
                        SPECIAL ASSISTANT UNITED STATES ATTORNEY


Date: 3/9/2017          By: _____
                        PANYOTTA AUGUSTIN-BIRCH, AFPD
                        COUNSEL FOR DEFENDANT


Date: 3/9/2017          By: _____
                        MATTHEW VAUGHN HAWKS
                        DEFENDANT

22

## SERVICE LIST

Ryan L. Butler
Special Assistant
United States Attorney
101 South U.S. Highway 1, Ste 3100
Fort Pierce, Florida 34950
Telephone: (772) 466-0988
Facsimile: (772) 466-1020
rbutler@sao19.org
Attorney for the United States
Method of Service:   CM/ECF

Daniel Funk
Assistant United States Attorney
101 South U.S. Highway 1, Ste 3100
Fort Pierce, Florida 34950
Telephone: (772) 466-0988
Facsimile: (772) 466-1020
Daniel.Funk@usdoj.gov
Attorney for the United States
Method of Service:   CM/ECF

Panayotta Augustin-Birch
Assistant Federal Public Defender
109 North Second Street
Fort Pierce, FL 34950
772-489-2123
489-3997 (fax)
panayotta_augustin-birch@fd.org
Attorney for Defendant
Method of Service: CM/ECF

23