# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

FILED BY HH
Nov 19, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 19, 2018

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

16-14059-CR DMM

Re:  Matthew Vaughn Hawks
     v. United States
     No. 18-6391
     (Your No. 17-12528)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk